UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                          :

JOHN DAVID WHITFIELD,                           :

                                  Plaintiff,             :                   20-CV-4674 (JMF)

                                  -v-                       :                   <u>ORDER</u>

CITY OF NEW YORK, et al.,                      :

                                  Defendants.         :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 33, Defendants' earlier motion to dismiss filed at ECF No. 24 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **January 4, 2021**.  Defendants' reply, if any, is due by **January 11, 2021**.

       The Clerk of Court is directed to terminate ECF No. 24.  Plaintiff, who is proceeding without counsel, has consented to receive electronic service of this Order through ECF.

       SO ORDERED.

Dated: December 7, 2020
       New York, New York                                      JESSE M. FURMAN
                                                                   United States District Judge