**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN WHITFIELD,

                    Plaintiff,

    -against-                                      20 **CIVIL** 4674 (JMF)

                                                              **JUDGMENT**

CITY OF NEW YORK, JOSEPH CARDIERI,
KATHLEEN SKOWYRA, JENNIFER
FIELLMAN, PHOEBE ROSEN, and
DAVID A. HANSELL,

                    Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 29, 2021, Defendants' motion to dismiss must be and is GRANTED on the basis of *res judicata*. Judgment is entered in favor of Defendants, and this case is closed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.

**Dated:** New York, New York
       April 30, 2021

                                                                   **RUBY J. KRAJICK**
                                                                     Clerk of Court
                                             **BY:**
                                                                       Deputy Clerk