UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
            :
JOHN WHITFIELD,     :
         Plaintiff,     :     20-CV-4674 (JMF)
            :
      -v-     :     ORDER
            :
CITY OF NEW YORK, et al.,     :
         Defendants.     :
            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Earlier today, Plaintiff filed a motion for reconsideration of the Court's April 29, 2021 Memorandum Opinion & Order, ECF No. 44. *See* ECF No. 46. Defendants shall file any opposition to the motion by **May 18, 2021.** Plaintiff shall file any reply by **June 1, 2021.**

    Plaintiff, who is proceeding without counsel, has consented to receive electronic service of this Order through ECF. *See* ECF No. 19.

    SO ORDERED.

Dated: May 4, 2021
       New York, New York
                                      JESSE M. FURMAN
                                    United States District Judge