UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOHN DAVID WHITFIELD,                                                   :
:
Plaintiff,                                      :
:                    20-CV-4674 (JMF)
-v-                                              :
:                         ORDER
CITY OF NEW YORK et al.,                                                :
:
Defendants.                                     :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      No later than **April 22, 2024**, each party shall submit a letter, not to exceed three pages, proposing next steps in this case in light of the Second Circuit's decision vacating in part the judgment of April 29, 2021, and remanding to this Court.  *See* ECF No. 63.  Plaintiff, who is proceeding without counsel, has consented to electronic service through ECF.  *See* ECF No. 19.

      SO ORDERED.

Dated: April 8, 2024
      New York, New York
                                   JESSE M. FURMAN
                              United States District Judge