UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                          :
JOHN DAVID WHITFIELD,                                     :
                                                          :
                               Plaintiff,                 :          20-CV-4674 (JMF)
                                                          :
               -v-                                        :          ORDER
                                                          :
CITY OF NEW YORK et al.,                                  :
                                                          :
                               Defendants.                :
                                                          :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        In light of Defendants' new motion to dismiss, *see* ECF No. 75, Defendants' earlier
motion to dismiss filed at ECF No. 70 is hereby DENIED as moot.  Plaintiff's opposition to the
new motion to dismiss is due by **July 8, 2024**.  Defendants' reply, if any, is due by **July 15,
2024**.  The Clerk of Court is directed to terminate ECF No. 70 and to reopen the case.

        SO ORDERED.

Dated:  June 24, 2024                           _____
        New York, New York                                   JESSE M. FURMAN
                                                          United States District Judge