UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOHN DAVID WHITFIELD,                                                   :
:
              Plaintiff,                                        :
:    20-CV-4674 (JMF)
    -v-                                                              :
:    ORDER
CITY OF NEW YORK et al.,                                                :
:
              Defendant.                                        :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 22, 2024, the Court denied Plaintiff's request to file a motion for partial summary judgment "without prejudice to renewal if Defendants' renewed motion to dismiss is denied in any part." ECF No. 69. Defendants' motion to dismiss, *see* ECF No. 75, is currently pending. ECF No. 79. Notwithstanding the Court's April 22, 2024 Order, Plaintiff filed a motion for partial summary judgment on the same day as his brief in opposition to Defendants' motion not dismiss. *See* ECF No. 83. In light of Plaintiff's pro se status and the age of this case, the Court will permit Plaintiff's motion despite the April 22, 2024 Order. Defendants shall file a single brief containing both their reply in support of their motion to dismiss and their opposition to Plaintiff's motion for partial summary judgment no later than **July 26, 2024**. Plaintiff may file any reply (as to his motion for partial summary judgment only) by **August 2, 2024**.

       SO ORDERED.

Dated: July 3, 2024
       New York, New York
                                                       JESSE M. FURMAN
                                                     United States District Judge