UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
JOHN DAVID WHITFIELD,                    :

         Plaintiff,                              :
                                    1:20-cv-04674-JMF
         v.                                            :

                                        :
CITY OF NEW YORK et al.,

                                        :
         Defendants.
------------------------------------------------x

## ~~PROPOSED~~ ORDER – WITHDRAWAL OF COUNSEL

        The undersigned hereby informs the Court that I am no longer associated with the New York City Law Department, counsel for Defendants, and respectfully request that the Court withdraw my appearance as counsel in this matter.

Dated:  New York, New York
            December 30, 2024

                                       PADUANO & WEINTRAUB LLP

                                       By: /s/ Angela M. Wanslow
                                            Angela M. Wanslow
                                       1251 Avenue of the Americas
                                     Ninth Floor
                                     New York, New York 10020
                                     (212) 785-9100
                                     amw@pwlawyers.com

SO ORDERED

_____
Judge Jesse M. Furman

January 2, 2025

The Clerk of Court is directed to mail a copy of this endorsed letter to Plaintiff.