UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JOHN DAVID WHITFIELD, :
:
:
Plaintiff, :
: 20-CV-4674 (JMF)
-v- :
: ORDER
:
CITY OF NEW YORK et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Upon review of Defendant Cardieri's deposition transcript, the Court hereby DENIES Plaintiff's renewed motion for sanctions, ECF No. 118, substantially for the reasons set forth in Defendants' initial opposition, *see* ECF No. 116. In short, the deposition transcript does not reflect the kinds of "misconduct" alleged by Plaintiff on the part of Defendant Cardieri or Defendants' counsel. ECF No. 118, at 1. Second, as to Plaintiff's requests for relief related to the notes produced on April 25, 2025, *see* ECF No. 119, Plaintiff has offered no basis for his claim that the notes are not true copies. Those requests for relief are accordingly denied as well. Finally, the Court previously denied Plaintiff's requests for relief with respect to the production of documents on April 1, 2025, noting that Plaintiff may renew the request as to meeting minutes if further discovery (e.g., a deposition of Ms. Rosen) reveals that Defendants were required to preserve them but failed to do so. *See* ECF No. 117. That order remains in effect.

      The parties are directed to proceed with any further depositions. The Clerk of Court is directed to terminate ECF No. 118.

      SO ORDERED.

Dated: May 15, 2025
      New York, New York
                                              JESSE M. FURMAN
                                             United States District Judge