USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____6/13/2025____

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Hayley N. Bronner**
*Assistant Corporation Counsel*
Telephone: (212) 356-2460
E-mail: habronne@law.nyc.gov
*Email not for service*

June 12, 2025

**VIA ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 11C
New York, New York 10007

The parties' joint letter motion to adjourn the June 24, 2025 settlement conference (ECF No. 126) is GRANTED. The settlement conference is adjourned to October 1, 2025, at 2:00 p.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.
Dated: 6/13/2025

Re:    John D. Whitfield v. City of New York, et al.
       1:20-cv-04674-JMF

Dear Judge Aaron:

       I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and attorney for Defendants in the above-referenced action. I respectfully submit this joint letter, on behalf of Plaintiff and Defendants, to respectfully request an adjournment of the settlement conference scheduled for June 24, 2025. This is the parties' first request for an adjournment of the settlement conference. The parties are available to attend a settlement conference in person or remotely on the following dates: October 1, 7, 8, 9, or 10, 2025.

       As background for this request, on February 13, 2025, Judge Furman referred this case to Your Honor for settlement and directed the parties to schedule a settlement conference before the close of discovery. See ECF Dkt. No. 112. Discovery was scheduled to close on July 14, 2025. See ECF Dkt. No. 113. On May 12, 2025, Your Honor scheduled a settlement conference for June 24, 2025. See ECF Dkt. No. 121.

       On June 9, 2025, the parties jointly requested an extension of the deadline to complete discovery, from July 14, 2025 to October 14, 2025. See ECF Dkt. No. 123. The parties requested an extension of the deadline to complete discovery because, while the parties have made progress in discovery, there remain outstanding tasks that need to be accomplished, including, for example, Defendants' collection, search, review, and production of responsive ESI and several depositions, including Plaintiff's deposition. On June 11, 2025, the Court granted the parties' request to extend discovery to October 14, 2025. See ECF Dkt. No. 125.

       Accordingly, because of the extension of discovery, the parties jointly respectfully request an adjournment of the June 24 settlement conference to a date proposed above. The parties require this adjournment to allow them time to complete additional discovery to inform the parties' settlement positions and to engage in further settlement discussions. In addition, on June 9, 2025,

1

2

Plaintiff retained the firm White, Rose & Hilferty, P.C. as counsel to represent him in this case, which is another reason for the requested adjournment.

The parties thank the Court for its consideration of this request.

Respectfully submitted,

__/s/ Hayley N. Bronner_____
Hayley N. Bronner
Assistant Corporation Counsel

cc:   All Counsel of Record (via ECF)

2