UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
JOHN DAVID WHITFIELD,                                              :
                                                                   :
                                        Plaintiff,                :
                                                                   :        20-CV-4674 (JMF)
              -v-                                                  :
                                                                   :        ORDER
                                                                   :
CITY OF NEW YORK et al,                                           :
                                                                   :
                                        Defendants.               :
                                                                   :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 28, 2026, White, Rose & Hilferty, PC (the "Firm"), moved, pursuant to Local
Civil Rule 1.4, to withdraw as counsel of record for Plaintiff, John D. Whitfield ("Whitfield")
and, pursuant to New York law, for the imposition of a charging and retaining lien. *See* ECF No.
134. Whitfield then cross-moved for sanctions against the Firm pursuant to the Court's inherent
authority, to reopen the case, and to enforce the Settlement Agreement. *See* ECF No. 141.

       The record does not appear to contain a fully executed version of the Settlement
Agreement; nor is it clear whether there is a fully executed Settlement Agreement or whether the
Settlement Agreement has been consummated in any way. The version of the Settlement
Agreement that Whitfield purportedly modified, *compare* ECF No. 142-12, at 3-4, *with* ECF No.
142-14, at 7-8, and that Whitfield now asks the Court to enforce, *see* ECF No. 144, at 15 (citing
ECF No. 142-14), has not been countersigned by Defendants. *See* ECF No. 146, at 18 (Firm
reply noting that the Settlement Agreement filed by Whitfield is not fully executed and
suggesting — albeit not confirming — that the Agreement has not been fully consummated).

       In light of the foregoing, **no later than February 13, 2026**, Defendants shall file a letter
indicating to the Court whether (1) the City of New York has countersigned the Agreement (in
which case Defendants shall file a copy of the fully executed Agreement), and (2) if not, whether
the City is willing to stipulate to the Agreement's enforceability.

       SO ORDERED.

Dated: February 11, 2026
       New York, New York                          _____
                                                          JESSE M. FURMAN
                                                       United States District Judge