UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
JOHN DAVID WHITFIELD,                                               :
                                                                    :
                              Plaintiff,                            :
                                                                    :            20-CV-4674 (JMF)
              -v-                                                    :
                                                                    :               ORDER
CITY OF NEW YORK et al,                                             :
                                                                    :
                              Defendants.                           :
                                                                    :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On March 11, 2026, Defendants moved, pursuant to Rule 67(a) of the Federal Rules of Civil Procedure, to deposit the amount in dispute between Plaintiff John David Whitfield and his former counsel with the Court. *See* ECF No. 158. The Court subsequently ordered that any opposition to this motion be filed no later than March 17, 2026. ECF No. 159. As neither Whitfield nor his former counsel have expressed any opposition to this motion, *see* ECF No. 162, that motion is GRANTED as unopposed. Defendants may deposit, pursuant to any instructions by the Clerk of Court, into the Court's registry the amount of twenty-eight thousand, two-hundred dollars ($28,200 USD), to be held pending the resolution of the Firm's charging lien motion by further order of this Court.

As Plaintiff, who is now proceeding without counsel, previously consented to electronic service via the ECF system, *see* ECF No. 19, there is no need to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: March 18, 2026
       New York, New York                              _____
                                                              JESSE M. FURMAN
                                                         United States District Judge